[No. 54256-7-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LOUIS
GARROTT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-1-07859-6, Carol A. Schapira, J., entered
April 26, 2004. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Becker, JJ.

[No. 54297-4-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEIF
HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-1-00034-0, Ellen J. Fair, J., en-
tered April 30, 2004. *Reversed* by unpublished per curiam
opinion.

[No. 54374-1-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES
RADMACHER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-8-01316-1, Julia L. Barrett, J. Pro Tem.,
entered May 28, 2004. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Becker, JJ.

[No. 54445-4-I. Division One. May 23, 2005.]

NOEL CORNELIO ET AL., *Appellants*, v. PREMIER PACIFIC
SEAFOODS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-26160-2, Donald D. Haley and J. Wesley
Saint Clair, JJ., entered April 9 and 21 and June 4 and 17,
2004. *Affirmed in part*, *reversed in part*, and *remanded* by
unpublished opinion per Agid, J., concurred in by Coleman
and Becker, JJ.